AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| DIVINA ENCARNACION | ) Case No. 20-MJ-6519-STRAUSS |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 11, 2020** in the county of **Broward** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 952(a) | Knowingly and intentionally importing into the United States from a place outside thereof, a controlled substance, that is, approximately 127 grams of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 952 (a). |

This criminal complaint is based on these facts:

See Affidavit.

☒ Continued on the attached sheet.

*Complainant's signature*

Michelle Maglione, Special Agent, HSI
*Printed name and title*

Sworn before me in accordance with Fed. R. Crim. P. 4.1 by FaceTime Video.

Date: October 13, 2020

*Judge's signature*

City and state: Ft. Lauderdale, Florida

Jared M. Strauss, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Michelle Maglione, first being duly sworn, states as follows:

1.     I am employed as a Special Agent for the Homeland Security Investigations ("HSI"), United States Department of Homeland Security ("DHS") and have been so employed for approximately sixteen years (16) years. During that time, I have received extensive training and have been assigned to conduct investigations of criminal violations of the United States Code concerning illegal drug trafficking, importation of narcotics into the United States, and criminal violations of immigration laws. Furthermore, I am trained and experienced in the methods drug traffickers use in importing, concealing, processing, packaging, warehousing and distributing controlled substances.

2.     This affidavit is made in support of a criminal complaint against Divina ENCARNACION ("ENCARNACION"). As set forth below, I respectfully submit there is probable cause to believe ENCARNACION did knowingly and intentionally import into the United States from a place outside thereof, a controlled substance, that is, 127 grams of a mixture and substance containing a detectible amount of fentanyl, in violation of Title 21 U.S.C. § 952. This affidavit is based upon my personal knowledge, as well as information provided to me by other law enforcement personnel, and non-law enforcement sources. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known to me as it relates to this matter.

3.     On October 11, 2020, at approximately 1730, ENCARNACION, a naturalized United States citizen, arrived from the Dominican Republic into the United States at the Fort Lauderdale International Airport ("FLIA"), in Broward County, in the Southern District of Florida.

She arrived from onboard Spirit flight number NK142. ENCARNACION was referred to secondary baggage examination for further inspection.

4. Customs and Border Protection Officers ("CBPO") obtained a binding oral declaration, in Spanish, from ENCARNACION regarding the luggage in her possession. She identified as hers three red Samsonite brand suitcases and a Marshals plastic bag. CBPO questioned ENCARNACION, in Spanish, if she was in possession of any medicine, prescription medicine, or pill bottles. ENCARNACION stated "No". CBPO examined ENCARNACION's three red Samsonite branded suitcases and her Marshals plastic bag. All personal belongings were x-rayed and manually inspected. During the baggage exam, a vitamin bottle was discovered. The vitamin bottle was a "NOW" branded orange and white bottle of "C-1000" said to contain 100 tablets.



5. At first, the vitamin bottle appeared to be factory sealed. Further examination by CBPO revealed the cap of the bottle possessed some excess glue along with scotch tape. The vitamin bottle was opened by breaking the plastic ring seal located along the perimeter of the cap and breaking the protective seal from underneath the cap. When opened, the "C-1000" tablets were the only tablets visible. The tablets were consistent with the description on the side of the "NOW" branded vitamin bottle. These pills were large oval in shape. Further examination inside the bottle revealed two different types of pills. The second pill discovered was a smaller circular in shape,

containing a triangle imprint on the pill. CBPO utilized a substance testing device known as the "Gemini" to test both types of pills. The small white pills with the triangular imprint tested positive for Fentanyl. The total weight of the fentanyl was 127 Grams.

6. AFFIANT was present when a CBP Officer and a HSI Task Force Officer (TFO) read ENCARNACION her Miranda rights in Spanish, which she waived and agreed to speak voluntarily with law enforcement. During her post-Miranda interview, ENCARNACION stated that she flew to Dominican Republic to visit her sick father and to attend a funeral. ENCARNACION stated that she purchased three bottles of the "NOW" branded vitamin bottles and gave two away. ENCARNACION stated that she purchased the "NOW" branded vitamin bottle off the street, from a stranger.[1] HSI TFO questioned ENCARNACION if she was doing this for a friend. It was at that time ENCARNACION immediately started crying and changed her story. ENCARNACION stated that she received the "NOW" branded vitamin bottles from her mother's neighbor, M. T. M.T.'s son lives near ENCARNACION, and he was to pick up the "NOW" branded vitamin bottles from her. ENCARNACION had no phone number for M.T. nor did she know M.T.'s sons name. ENCARNACION stated that M.T. asked her to take a total of three bottles, but ENCARNACION told her no because she did not have the room in her luggage. ENCARNACION stated that she was concerned about being over for Spirit Airlines weight requirement.

7. Based on the foregoing facts, your affiant respectfully submits there is probable cause to believe that ENCARNACION did knowingly and intentionally import into the United States from a place outside thereof, a controlled substance, that is, a 127 grams of a mixture and

---

[1] It should be noted that a simple search on the internet for "NOW" brand supplements reveals that this supplement line is readily available for purchase in the United States from both brick and mortar retailers such as Walmart and the Vitamin Shoppe and online retailers such as Amazon.

substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 952 (a).

*FURTHER YOUR AFFIANT SAYETH NAUGHT.*

Michelle Maglione
Special Agent
Department of Homeland Security
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime this 13th day of October, 2020.

_____
JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE